## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06cv135

| | | |
|---|---|---|
| **RALPH H. CLOANINGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **JUDGMENT** |
| | ) | |
| **JOHN T. McDEVITT, in his official** | ) | |
| **capacity of Sheriff of Burke County,** | ) | |
| **North Carolina; YONGLA LO a/k/a** | ) | |
| **JOE LO, individually and in his official** | ) | |
| **capacity as Deputy Sheriff of Burke** | ) | |
| **County, North Carolina; STEVEN** | ) | |
| **PARLIER, individually and in his** | ) | |
| **official capacity as Deputy Sheriff of** | ) | |
| **Burke County, North Carolina; and** | ) | |
| **LIBERTY MUTUAL INSURANCE** | ) | |
| **COMPANY, as surety,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER,** having come before the court in accordance with 28, United States Code, Section 636(c), and upon defendants' Motion for Summary Judgment (#30), and defendants' Motion to Strike Plaintiff's Response (#33), and having considered such motions, the briefs of the parties, and the evidentiary materials presented, and for the reasons discussed in such Memorandum of Decision,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendants' Motion to Strike Plaintiff's Response (#33) is **DENIED**, and defendants' Motion for Summary Judgment (#30) is **GRANTED,** and **JUDGMENT** is entered

**DISMISSING** with prejudice plaintiff's Second Amended Complaint and providing that plaintiff have and take nothing of these defendants.

Signed: September 26, 2007

Dennis L. Howell
United States Magistrate Judge